

# Notice of Service of Process

**A3M / ALL**
**Transmittal Number: 24962489**
**Date Processed: 05/24/2022**

| | |
|---|---|
| **Primary Contact:** | Sharon Brooks - MS 08-A<br>The Travelers Companies, Inc.<br>One Tower Square<br>Rm 8MS<br>Hartford, CT 06183-0001 |

| | |
|---|---|
| **Entity:** | The Travelers Indemnity Company of Connecticut<br>Entity ID Number  2317466 |
| **Entity Served:** | Travelers Indemnity Company Of Connecticut |
| **Title of Action:** | Thomas Shurden vs. Travelers Indemnity Company of Connecticut |
| **Matter Name/ID:** | Thomas Shurden vs. Travelers Indemnity Company of Connecticut (12346696) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Tangipahoa Parish District Court, LA |
| **Case/Reference No:** | C 20220001222 D |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 05/23/2022 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | LA Secretary of State on 05/19/2022 |
| **How Served:** | Certified Mail |
| Sender Information: | Fletcher, Roy & Chenevert, L.L.C.<br>225-888-8000 |
| **Notes:** | The document matches the original document as received. |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# State of Louisiana
## Secretary of State

05/20/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921

Suit No.: 20220001222
*21ST JUDICIAL DISTRICT COURT*
TANGIPAHOA PARISH

THOMAS SHURDEN
vs
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  M. LOCKWOOD

Date: 05/19/2022
Title: DEPUTY SHERIFF

No: 1235952



KC

## CITATION



D217356

THOMAS SHURDEN

VS

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT



### CLERK OF COURT

DOCKET NUMBER: C-20220001222
*Division:* D
*21st Judicial District Court*
*Parish of Tangipahoa*
*State of Louisiana*

To: TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
THE LA SECRETARY OF STATE,THE HONORABLE
KYLE ARDOIN,8585 ARCHIVES AVE
BATON ROUGE, LA 70809

Parish of EAST BATON ROUGE
R. KYLE ARDOIN

MAY 19 2022

SECRETARY OF STATE
COMMERCIAL DIVISION

*YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana. You are the named defendant in the above captioned matter. Attached to this citation is a:*
   X   *Certified Copy of Original Petition*
        *Certified Copy of Amended Petition*
        *Discovery Request*

**Article 1001 of the Louisiana Code of Civil Procedure states:**
**A.** A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30)** days after service of the amended petition.
**B.** When an Exception is filed prior to Answer and is overruled or referred to the merits or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.
**C.** The Court may grant additional time for answering.
**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**
A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.
    **THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**
*This service was requested by* CHENEVERT, RYAN J *and was issued by the Clerk of Court on* MAY 5, 2022.

<u>Pleading Served</u>
PETITION FOR DAMAGES & REQ FOR NOTICE

[PREPAID]

__Kallin Leto__
Deputy Clerk of Court for
*GARY STANGA*, Clerk of Court

---

**SERVICE INFORMATION**

*Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___ served the above-named party as follows:*

**Personal Service** *on the party herein named* _____ .

**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of* _____, *a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____ .

*Returned: Parish of* _____ *this* _____ *day of* _____, 20___ .

Service      $_____
Mileage    $_____
Total      $_____         By: _____
                                  *Deputy Sheriff*

### SERVICE

Tangipahoa Parish Clerk of Court   20220001222
Filed May 05, 2022 9:11 AM             D
Debi McCoy
Deputy Clerk of Court

THOMAS SHURDEN                          NUMBER:              SECTION

                                        21TH JUDICIAL DISTRICT COURT
VERSUS

TRAVELERS INDEMNITY COMPANY             PARISH OF TANGIPAHOA
OF CONNECTICUT, ET AL                   STATE OF LOUISIANA

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff THOMAS SHURDEN, a major domiciliary of the State of Louisiana who respectfully presents his claims for damages for personal injuries as follows:

1.

Made defendants herein are the following:

A. **TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,** or in the alternative an affiliate thereof, including but not limited to any member of the TRAVELERS group of insurance companies, a foreign insurance company authorized to do business and doing business in the State of Louisiana, and which has appointed as its registered agent for service of process of lawsuits against it in this State, The Louisiana Secretary of State, The Honorable Kyle Ardoin, 8585 Archives Ave., Baton Rouge, Louisiana 70809;

B. **MILESTONE TRADING, INC.,** or in the alternative an affiliate thereof, including but not limited o any member of the CHEUNG KONG HOLDING, INC., group of companies, a foreign corporation with its principal business activity as interstate travel with sufficient contacts with the State of Louisiana who can be served through the Louisiana Long Arm Statute at its principal place of business: 1121 Oakleigh Drive, Atlanta, GA 30344; and

C. **GUOSHENG WENG,** a major domiciliary of the State of Virginia, who can be served via Louisiana Long Arm Statute 5404 Raliegh Road, Henrico, Virginia 23231.

Plaintiff alleges and shows that defendants herein are indebted jointly, severally and in solido unto plaintiff for such compensatory and reasonable damages as may be permitted under Louisiana law relative to the facts and circumstances of this case, together with judicial interest thereon at the maximum legal rate from date of judicial demand until paid, and for all costs of these proceedings for the reasons set forth hereinafter.

2.

On or about September 12, 2021 at approximately 11:30 a.m., petitioner THOMAS SHURDEN was driving a 2014 Jeep Patriot southbound on S. Crapanzano Road in Hammond, Tangipahoa Parish, Louisiana.

Certified True and Correct Copy
CertID: 2022050500212

*Kallin Leto*
Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
5/5/2022 2:02 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

3.

On the same date and time as previously mentioned in Paragraph 2 above, defendant GUOSHENG WENG was an operator of a 2019 International Truck (herein also referred to as "18-wheeler"), in the course and scope of his employment with the vehicle's owner, MILESTONE TRADING, INC., westbound on US Hwy. 190 in Hammond, Tangipahoa Parish, Louisiana.

4.

As petitioner THOMAS SHURDEN was safely and lawfully entering the intersection of Crapanzano Road and US Hwy. 190 with a green traffic signal, whenever suddenly and without any warning whatsoever defendant driver GUOSHENG WENG disregarded a red traffic signal controlling his lane of travel and collided into the passenger side of petitioner's vehicle, causing property damage and personal injuries to petitioner.

5.

Upon information and belief, defendant GUOSHENG WENG, was operating his vehicle in an unsafe manner for the conditions on the roadway, failed to take reasonable and safe evasive actions to avoid a collision, and failed to see what he should have seen.

6.

Upon information and belief, defendant GUOSHENG WENG admitted fault to the investigating officer of the Hammond Police Department.

7.

The investigating officer cited defendant for "careless operation" in the crash.

8.

Upon information and belief, petitioner THOMAS SHURDEN did nothing whatsoever to contribute to this accident and, therefore, does not have any comparative fault.

9.

A direct and proximate cause of the accident detailed above, and personal injuries suffered by petitioner THOMAS SHURDEN was the negligence of defendant GUOSHENG WENG in the following non-exclusive acts and/or omissions:



Certified True and Correct Copy
CertID: 2022050500212

*Kallin Leto*
Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
5/5/2022 2:02 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

  a. Failing to maintain a safe and proper lookout;

  b. Driving carelessly and recklessly;

  c. Failing to maintain proper control of his vehicle;

  d. Failing, generally, to exercise a degree of care commensurate with the existing circumstances at the time of the accident; and,

  e. Any and all other acts of negligence which will be demonstrated through discovery and/or at trial of this matter.

10.

Upon information and belief, defendant GUOSHENG WENG was given permission to drive the 2019 International Truck by its owner MILESTONE TRADING, INC., and GUOSHENG WENG was in the course and scope of his employment with MILESTONE TRADING, INC., which subjects MILESTONE TRADING, INC., to be vicariously liable for the negligent acts of its employee under the theory of *respondeat superior.*

11.

At all material times herein, defendant TRAVELERS INDEMNITY COMPANY OF CONNECTICUT or in the alternative an affiliate thereof, had issued to MILESTONE TRADING, INC., and there was in force and in effect, a policy of automobile liability insurance providing liability coverage to GUOSHENG WENG as a permitted driver, for the acts of the kind and nature asserted herein.

12.

As a direct result of the accident sued upon herein, petitioner THOMAS SHURDEN has suffered personal injuries and said injuries have required continued medical treatment and have caused petitioner to incur past and future medical expenses and to suffer past and future physical pain and suffering, past and future mental anguish pain and suffering, loss of enjoyment of life, economic loss, loss of economic capacity, and other losses, all of which entitle petitioner THOMAS SHURDEN to the recovery of such damages as are reasonable in the premises, said damages are expected to exceed $50,000.00, exclusive of court costs and judicial interest.


Certified True and Correct Copy
CertID: 2022050500212

Kallin Leto
Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
5/5/2022 2:02 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

13.

Pursuant to the Louisiana Code of Civil Procedure, Article 14:23, et. seq. petitioner is entitled to a certified copy of any insurance policies issued and to otherwise insuring MILESTONE TRADING, INC. and/or GUOSHENG WENG, for the claims made by petitioner herein, petitioner hereby requests a certified copy of any and all such policies of insurance within thirty (30) days of service of the Petitioner upon them.

WHEREFORE, petitioner THOMAS SHURDEN prays that after due proceedings be had there be judgment herein and in his favor and against defendants TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, or in the alternative an affiliate thereof, including but not limited to any member of the TRAVELERS group of insurance companies, MILESTONE TRADING, INC., and GUOSHENG WENG, in solido, for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid and for all costs and disbursements in bringing his causes including the cost of filing this petition ($730.00) an amount which was paid to the Clerk of Court, 21st JDC, as well as any and all damages allowed under Louisiana law.

Petitioner further prays for all full, further, general, and equitable relief warranted in his causes herein.

Respectfully Submitted:

FLETCHER, ROY & CHENEVERT, L.L.C.
660 Government Street
Baton Rouge, Louisiana 70802
Telephone (225) 888-8000

**RYAN J. CHENEVERT, Bar Roll No. 34485**
**RALPH L. FLETCHER, Bar Roll No. 16917**
**L. RICHARD ROY, III, Bar Roll No. 17777**

**SERVICE INFORMATION**

*Please serve:*

**TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, Louisiana 70809



Certified True and Correct Copy
CertID: 2022050500212

Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
5/5/2022 2:02 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**MILESTONE TRADING, INC.
And/or CHEUNG KONG HOLDING, INC.**
Served via Louisiana Long Arm Statute
1121 Oakleigh Drive,
Atlanta, GA 30344

And

C/O: Corporation Service Company
2 Sun Court, Ste 400
Peachtree Corners, GA 30092

**GUOSHENG WENG**
Served via Louisiana Long Arm Statute
5404 Raliegh Road
Henrico, Virginia 23231

Certified True and
Correct Copy
CertID: 2022050500212

Kallin Leto
Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
5/5/2022 2:02 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Tangipahoa Parish Clerk of Court   20220001222
Filed May 05, 2022 9:11 AM        D
Debi McCoy
Deputy Clerk of Court

THOMAS SHURDEN

VERSUS

TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT, ET AL

NUMBER:                 SECTION

21TH JUDICIAL DISTRICT COURT

PARISH OF TANGIPAHOA

STATE OF LOUISIANA

## REQUEST FOR NOTICES

To:   Clerk of Court
      21st Judicial District Court

In accordance with Louisiana Code of Civil Procedure Article 1572, you are hereby requested to give us notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exceptions, motions, rules, or the merits.

We also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by Louisiana Code of Civil Procedure Articles 1913 and 1914, including notice of judgment in the event this case is taken under advisement, or if the judgment is not signed at the conclusion of the trial.

Respectfully Submitted:

FLETCHER, ROY & CHENEVERT, L.L.C.
660 Government Street
Baton Rouge, Louisiana 70802
Telephone (225) 888-8000

**RYAN J. CHENEVERT, Bar Roll No. 34485**
**RALPH L. FLETCHER, Bar Roll No. 16917**
**L. RICHARD ROY, III, Bar Roll No. 17777**

Certified True and
Correct Copy
CertID: 2022050500213

Kallin Leto
Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
5/5/2022 2:03 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).